

RECEIVED

2012 FEB 17  A 10: 20

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

1804 Staples Mill Road
Richmond, VA 23230
804-643-4343
804-353-1839 fax

PERSONAL INJURY LAWYERS ■ SOCIAL SECURITY DISABILITY ADVOCATES

February 16, 2012

Clerk, U.S. District Court
401 Courthouse Square
Alexandria, VA 22314

1:12CV162-CMH/TRJ

RE Malibu Media, LLC v. John Does 1-16

Dear Sir or Madam:

Enclosed are the following for the above matter:

1. Complaint with four (4) Exhibits.
2. Motion for Leave to Serve Third Party Subpoenas Prior to Rule 26(f) Conference. with Memorandum of Law and Proposed Order.
3. Declaration of Tobias Fieser in Support of Motion for Leave above with two (2) Exhibits.
4. Rule 7.1 Notice.
5. Civil Cover Sheet.
6. My check in the amount of $350.00 to cover the filing fee.

No service should issue at this time.

Yours very truly,

D. Wayne O'Bryan

Richmond  ■  Petersburg  ■  Chesterfield